1  JAMES J. BANKS (SBN 119525)
   ROBERTA LINDSEY SCOTT (SBN 117023)
2  BANKS & WATSON
   Hall of Justice Building
3  813 6th Street, Suite 400
   Sacramento, CA  95814-2403
4  Telephone:  (916) 325-1000
   Facsimile:   (916) 325-1004
5  E-Mail:      jbanks@bw-firm.com

6  Attorneys for Plaintiff
   BESSIE IRENE WALTZ
7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 BESSIE IRENE WALTZ,                    CASE NO. 1:07-cv-01691-SMS

12              Plaintiff,                **STIPULATION TO CONTINUE
                                          PLAINTIFF'S MOTION TO COMPEL
13       v.                               PRODUCTION OF DOCUMENTS OR, IN
                                          THE ALTERNATIVE, FOR IN CAMERA
14 UNITED STATES OF AMERICA, et al.,      REVIEW OF DOCUMENTS AND TO
                                          COMPEL ANSWERS TO DEPOSITION
15              Defendants.               QUESTIONS WITHHELD AND OBJECTED
                                          TO ON THE BASIS OF CLAIMED
16                                        PRIVILEGES; ORDER**

17                                        **DATE:      October 10, 2008
                                          TIME:      9:30 A.M.
18                                        COURTROOM:      7
                                          MAGISTRATE:      Hon. Sandra M. Snyder**
19

20       WHEREAS, plaintiff Bessie Irene Waltz has moved the court for on order compelling the

21 production of documents or, in the alternative, for in camera review of documents and to compel

22 answers to deposition questions withheld and objected to on the basis of claimed privileges (the

23 "Motion"), currently scheduled to be heard on October 10, 2008, at 9:30 A.M., before the Hon. Sandra

24 M. Snyder; and

25       WHEREAS, the parties to this litigation, and Ms. Waltz former counsel, Warren R. Paboojian,

26 have reached an agreement to mediate this dispute on November 6, 2008, before mediator Mr. Joe

27 Ramsey, which mediation will take place that date at Mr. Ramsey's offices in Sacramento; and

28

{00041292.DOC; 1}                    1                      STIPULATION TO CONTINUE
                                                            MOTIONS TO COMPEL

1    WHEREAS, the parties have agreed that an orderly, efficient and expeditious mediation of this

2    dispute will potentially save Court resources and time and expense to the parties; and

3    WHEREAS, the parties agree that in order to prepare fully for mediation at this time, the current

4    pending motions to compel should be continued to a date after the mediation has concluded, while

5    allowing defendants at least two weeks following mediation to prepare their opposition brief;

6    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES,

7    through their counsel of record, that:

8    1.    The Motion be continued to December 12, 2008, at 9:30 A.M. in Courtroom 7, before the

9    Hon. Sandra M. Snyder;

10   2.    Defendants' opposition to plaintiff's Motion shall be filed no later than November 26,

11   2008;

12   3.    Plaintiff's reply to defendant's opposition shall be filed no later than December 5, 2008.

13

14   DATED: October 2, 2008                    BANKS & WATSON

15

16                                            By:    /s/ James J. Banks
17                                                   JAMES J. BANKS
                                                     Attorneys for Plaintiff BESSIE IRENE WALTZ
18

19   DATED: October 2, 2008                    McGREGOR W. SCOTT
                                               United States Attorney
20

21

22                                            By:    /s/ Bobbie J. Montoya
                                                     BOBBIE J. MONTOYA
23                                                   Assistant U.S. Attorney

24                        **O R D E R**

25   Based upon the above stipulation of the parties and good cause appearing therefor,

26   IT IS HEREBY ORDERED that:

27   1.    The hearing on plaintiff's Motion to Compel the Production of Documents or, in the

28   Alternative, For In Camera Review of Documents and to Compel Answers to Deposition Questions

PDF created with pdfFactory trial version www.pdffactory.com

1    Withheld and Objected to on the Basis of Claimed Privileges is continued to December 12, 2008, at

2    9:30 A.M., in Courtroom 7;

3          2.      Defendants shall file their opposition to the Motion no later than November 26, 2008; and

4          3.      Plaintiff shall file her reply to defendants' opposition to the Motion no later than

5    December 5, 2008.

6          SO ORDERED.

7

8    DATED:      10/2/2008                    /s/ Sandra M. Snyder
                                              HON. SANDRA M. SNYDER
9                                             Chief Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com