LAWRENCE G. BROWN
Acting United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE IRENE WALTZ,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendant. | Case No. 1:07-cv-01691 SMS<br><br>STIPULATION RE: BRIEFING SCHEDULE ON MOTION TO DISMISS<br>AND<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Bessie Irene Waltz and Defendant United States of America, through James J. Banks of Banks & Watson on behalf of Plaintiff and E. Robert Wright of the U.S. Attorney's Office on behalf of Defendant, that:

1. Defendant will file its supplemental brief in support of the Motion to Dismiss originally filed by Defendant on February 19, 2008 (Court Docket "CD" 20), no later than July 30, 2009;

2. Plaintiff will file her opposition to the Motion to Dismiss no later than August 24, 2009; and

3. Defendant will file its reply brief to Plaintiff's opposition brief no later than September 11, 2009.

///

///

1  DATED: July 14, 2009                              BANKS & WATSON

2
                                          By:     /s/ James J. Banks
3                                                 JAMES J. BANKS
                                                  Attorneys for Plaintiff
4                                                 Bessie Irene Waltz

5  DATED: July 14, 2009                              LAWRENCE G. BROWN
                                                     Acting United States Attorney
6

7                                         By:     /s/ E. Robert Wright
                                                  E. ROBERT WRIGHT
8                                                 Assistant United States Attorney
                                                  Attorneys for Defendant
9                                                 UNITED STATES OF AMERICA

10

11                                      **O R D E R**

12  IT IS SO ORDERED.

13  **Dated:   July 15, 2009**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation Re: Motion to Dismiss and Order Thereon          2