1  JAMES J. BANKS (SBN 119525)
   ROBERTA LINDSEY SCOTT (SBN 117023)
2  BANKS & WATSON
   Hall of Justice Building
3  813 6th Street, Suite 400
   Sacramento, CA  95814-2403
4  Telephone:  (916) 325-1000
   Facsimile:  (916) 325-1004
5  E-Mail:    jbanks@bw-firm.com

6  Attorneys for Plaintiff
   BESSIE IRENE WALTZ

7

8               UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 BESSIE IRENE WALTZ,                   CASE NO. 1:07-cv-01691-SMS

12               Plaintiff,             **STIPULATION TO CONTINUE BRIEFING**
                                        **OF OPPOSITION AND REPLY TO THE**
13       v.                             **DEFENDANT'S MOTION TO DISMISS**
                                        **UNDER FEDERAL RULE OF CIVIL**
14 UNITED STATES OF AMERICA, et al.,    **PROCEDURE 12(b)(6) FOR 30 DAYS;**

15               Defendants.            **ORDER**

16

17       WHEREAS, counsel to the plaintiff has been advised that the plaintiff in that certain litigation

18 styled, *Marley v. United States*, 567 F.3d 1030 (9th Cir. June 1, 2009), intends to seek review of the

19 Ninth Circuit's decision through the filing of a Petition for Writ of Certiorari with the United States

20 Supreme Court; and

21       WHEREAS, the last day to file the Petition for Writ of Certiorari with the United States Supreme

22 Court is August 31, 2009, 90 days following the date of the *Marley* decision; and

23       WHEREAS, counsel to plaintiff and defendant have met and conferred about this development

24 and have agreed to continue further briefing concerning defendant's motion filed under rule 12(b)(6) for

25 a period of 30 days, to permit time to review and analyze the Petition for Writ of Certiorari.

26       WHEREFORE, plaintiff and defendant, by and through their counsel, stipulate as follows:

27       1.      The plaintiff's opposition to the defendants' rule 12(b)(6) motion shall be filed on or

28 before September 21, 2009;

{00045516.DOC; 1 }                        1                 STIPULATION TO CONTINUE
                                                           BRIEFING OF MOTION TO DISMISS

1     2.     The defendant's reply shall be filed on or before October 5, 2009

2

3   DATED:  August 20, 2009                    BANKS & WATSON

4
                                         By:   ___/s/ James J. Banks___
5                                              JAMES J. BANKS
                                               Attorneys for Plaintiff BESSIE IRENE WALTZ
6

7

8   DATED:  August 20, 2009                    McGREGOR W. SCOTT
                                               United States Attorney
9

10                                       By:   ___/s/ E. Robert Wright___
                                               E. ROBERT WRIGHT
11                                             Assistant U.S. Attorney

12

13                                **O R D E R**

14          SO ORDERED.

15

16  DATED:    8/24/2009           _____/s/ Sandra M. Snyder_____
17                                               HON. SANDRA M. SNYDER
                                                 Chief Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

{00045516.DOC; 1 }                    2              STIPULATION TO CONTINUE
                                                     BRIEFING OF MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com